1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

DONALD NEUHAUS, et al.,

        Petitioners,

   v.

UNITED STATES SECURITY AND
EXCHANGE COMMISSION,

        Respondent.

NO. MC. S-07-25 FCD/GGH

<u>REFERRAL ORDER</u>

----oo0oo----

    Pursuant to Eastern District Local Rule 72-302(a), the undersigned hereby specifically refers the instant case to the assigned magistrate judge, Magistrate Judge Hollows, for all purposes.  After review of petitioner's motion to quash SEC subpoena (Docket #1), the court has determined that this case parallels other matters referred to the magistrate judges by Local Rule 72-302(c), and as such, the undersigned finds that

this case should be handled by Magistrate Judge Hollows.

    IT IS SO ORDERED.

DATED: April 20, 2007

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE