IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DONALD NEUHAUS, LINDA
NEUHAUS and KIMBERLY SNOWDEN,

    Movants,

vs.                                   No. MISC 07-0025 FCD GGH

UNITED STATES SECURITIES AND
EXCHANGE COMMISSION,

    Respondent.              ORDER

_____/

Presently before the court is movants' motion to quash SEC subpoena, and ex parte application to file under seal the Order of Investigation issued by the Securities and Exchange Commission, filed April 4, 2007. Respondent filed an opposition to the motion to quash on April 13, 2007. Although 12 U.S.C. § 3410 requires the court to decide the motion to quash within seven calendar days of the filing of the response, this matter did not come to the court's attention until the present time.[1] Therefore, the court's decision on this matter will be

---

[1] In a matter where the governing statute gives the court seven calendar days from the filing of the government response for the filing of a decision, a very rare statute indeed, the court would certainly appreciate a heads-up call from the parties that such a response has been filed. The court's workload obviously does not permit the reading of every document filed in court upon the day of its filing.

1

1 | determined within seven days of this order.[2]

2 |        IT IS HEREBY ORDERED that:

3 |        1. The decision on movants' motion to quash, filed April 7, 2007, will issue
4 | within seven days of this order.

5 |        2. Movants' ex parte application to file documents under seal, filed April 4, 2007,
6 | is granted. Movants shall file the subject document(s) forthwith.

7 | DATED: 4/20/07

8 |                                             /s/ Gregory G. Hollows

9 |                                             GREGORY G. HOLLOWS
10 |                                             U. S. MAGISTRATE JUDGE

11 | GGH:076
12 | neuhaus0025.eot

---

[2] This matter will be referred to the undersigned by order of the Honorable Frank C. Damrell.

2